# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0148.  DONTA Q. JOHNSON v. THE STATE.**

Donta Q. Johnson filed this application for discretionary appeal from the trial court's "Order Denying Motion Request for Disbursement of Indigent Funds; to Effectuate the Right of Appeal by Constitutional Standards; and for Continuance to the October Hearing."  It appears from the sparse application materials that the challenged order is final, and no provision of OCGA § 5-6-35, the discretionary appeal statute, appears to apply here.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Johnson shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/15/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*